ANTOINETTE PASCUCCI v. MARGARET VAGOTT.

June 26, 1975. Certification to the Division of Public Welfare, Department of Institutions and Agencies is granted.

LYDIA LADYKA v.
DEPARTMENT OF INSTITUTIONS AND AGENCIES.

June 26, 1975. Certification to the Division of Public Welfare, Department of Institutions and Agencies is granted.

HARRIET ACKEN v. JAMES ALLEN CAMPBELL.

March 20, 1975. Motion for reconsideration by the Elizabethtown Water Company is granted.

JEANETTE ZYGMANIAK v. KAWASAKI MOTORS CORP.

March 20, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted. (See 131 *N. J. Super.* 403)

LATHROP COMPANY v. RICHARDSON ENGINEERING.

April 22, 1975. Motion for leave to appeal is granted; the Superior Court, Appellate Division is directed to hear the appeal on the merits.